# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12cr97-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **LAVONTE LAMONT HALLMAN.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on the government's Request for Peremptory Setting (#26). The government seeks a peremptory setting for July 9, 2012. The court will allow that motion, excuse the parties from appearing at calendar call on July 2, 2012, and peremptorily set this matter for trial beginning July 9, 2012. On that day, the jury will be picked and the case immediately tried thereafter.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Request for Peremptory Setting (#26) is **GRANTED,** and this matter is peremptorily set for jury selection and trial beginning July 9, 2012, at 9 a.m.

Proposed jury instructions shall be submitted not later than July 5, 2012.

Signed: June 28, 2012

Max O. Cogburn Jr.
United States District Judge