UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12cr97-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA. )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**(1) LAVONTE LAMONT** )<br>**HALLMAN** )<br>**Defendant.** ) | **FINAL ORDER AND JUDGMENT**<br>**CONFIRMING FORFEITURE** |

On July 17, 2012, this court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(2), based upon defendant's conviction at trial by the jury on Counts One, Two, Three and Four in the Bill of Indictment and evidence already on record; and was found guilty of the offenses charged in those counts.

Pursuant to 21 U.S.C. § 853, on July 18, 2012 through August 16, 2012 the United States published via www.forfeiture.gov notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the court within sixty days from July 18, 2012 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including defendant's conviction, the court finds, in

accordance with Fed. R. Crim. P. 32.2(c)(2), that defendant had an interest in the property that is forfeitable under the applicable statute.

**ITIS, THEREFORE, ORDERED** that, in accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is **CONFIRMED** as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**One Ravens Arm MP25, .25 caliber pistol, serial number 1807637 and ammunition.**

Signed: October 5, 2012

Max O. Cogburn Jr.
United States District Judge